UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-24663-CV-WILLIAMS

JOHN MORANCY,

    Plaintiff,

vs.

REGAN HOSPITALITY LLC, et al.,
    Defendants.
_____/

**PLAINTIFF'S STATEMENT OF CLAIM**

Plaintiff, JOHN MORANCY ("Plaintiff"), by and through undersigned counsel, hereby states this claim as follows:

1. Plaintiff has endeavored at this stage of litigation to formulate this Statement of Claim on the basis of the best data available. In addition, this response is based upon the undersigned counsel's understanding of the facts and the information reviewed thus far.

2. Discovery is ongoing, thus this Statement of Claim, while believed to be accurate, does not constitute an affidavit or a binding statement and is subject to the Federal Rules of Evidence and Procedure. Because additional facts likely would be uncovered through further discovery, Plaintiff in no way waives any right to present new or additional information at a later date, for substance or clarification. Moreover, by submitting this Statement of Claim, Plaintiff does not waive, and hereby preserves, any and all substantive and procedural rights that may exist.

3. **Initial Estimate of the Total Amount of Alleged Unpaid Wages**: At this time, Plaintiff estimates that he is owed a total of $26,565 in unpaid overtime wages and liquidated damages.

4. **Plaintiff's Calculation of Unpaid Wages**: Plaintiff worked for Defendants from January 2021 through April 14, 2023. The plaintiff worked throughout his employment as a line cook. The

relevant period for this claim is October 28, 2021, through April 14, 2023, or 77 weeks. For the relevant time, Plaintiff has worked an average of 65 hours per week and was only paid straight time for those hours at $23.00 an hour. The plaintiff is owed unpaid overtime wages of $11.50 hourly for 15 hours weekly or $172.50 a week for 77 weeks totaling $13,282.50 plus an equal amount in liquidated damages of $13,282.50 totaling $26,565 plus his attorney's fees and costs. Calculations are as follows:

**OVERTIME CLAIM CALCULATION**

| | |
|---|---|
| Client's Regular Rate Per Hour | $23.00 |
| Client's Overtime Rate Per Hour (rate x 1.5) | $34.50 |
| Unpaid Wage Owed Per Hour | $11.50 |
| Average Overtime Hours Worked Per Week | 15 hours |
| Total Overtime Hours Worked | 1,155 hours |
| Total Overtime Wages Owed | $13,282.50 |
| Liquidated Amount of Wages Owed | $13,282.50 |

Total Amount Owed in Unpaid Overtime Wages: $26,565.

5.  **Nature of Wages:** The plaintiff is claiming unpaid overtime wages, plus an equal amount as liquidated damages and attorney fees and costs. Additionally, Plaintiff has additional damages for his retaliation claims including back wages, front wages, and emotional damages.

6.  **Attorney Fees:** The plaintiff is claiming attorney fees at a rate of $450 per hour. As of the present date, Plaintiff's counsel has spent approximately 5 hours in the case.

Dated: December 3, 2024

Respectfully submitted,

/s/ *Jason S. Remer*
Jason S. Remer, Esq.
Florida Bar No.: 165580
jremer@rgph.law
REMER, GEORGES-PIERRE &
HOOGERWOERD, PLLC
2745 Ponce De Leon Blvd.
Coral Gables, Florida 33134
Tel: 305-416-5000

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 3, 2024, I electronically filed the foregoing document with the Clerk of the Court. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either via electronic transmission of Notices generated by the Courts E-Filing Portal or in some other authorized manner for those counsel or parties who are not authorized to receive such Notices.

/s/ *Jason S. Remer*
Jason S. Remer, Esq.
Florida Bar No.: 165580