UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-24663-CV-WILLIAMS

JOHN MORANCY,

    Plaintiff,

v.

REGAN HOSPITALITY LLC, *et al.*,

    Defendants.

                                       /

## ORDER

**THIS MATTER** is before the Court on Chief Magistrate Judge Jonathan Goodman's Report and Recommendations (DE 31) ("***Report***"), which recommends that default be entered against Defendants Regan Hospitality LLC and Christoper Regan for their continued failure to comply with Court orders. (*Id.* at 6–7.) Specifically, Judge Goodman finds that "Defendants have not made good use of the District Court's flexibility, patience, and courtesy and have once again violated a Court Order by not filing Court-required submissions." (*Id.* at 1.)

Upon a careful review of the Report, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1. Judge Goodman's Report (DE 31) is **AFFIRMED AND ADOPTED**.
2. Defendants' Answer and Affirmative Defenses (DE 5) are hereby **STRICKEN**.
3. The Clerk is directed to **ENTER DEFAULT** against Defendants Regan Hospitality LLC and Christopher Regan.

4. On or before **July 17, 2025**, Plaintiff shall file a motion for final default judgment against Defendants and serve it in accordance with Rule 55(b)(2) of the Federal Rules of Civil Procedure. The motion <u>must</u> reference specific legal authority establishing Plaintiff's entitlement to the relief sought and demonstrating that service was proper. The motion <u>must</u> be accompanied by (1) a proposed default final judgment order setting forth the sum certain owed as money damages and the sum certain sought for attorneys' fees and costs supported by sufficient evidence, through affidavits or otherwise, to establish the basis for damages and other relief sought in the pleadings and (2) a proposed final judgment.

5. Plaintiff's pending Omnibus Motion for Conditional Certification of Collective Action under the Fair Labor Standards Act (DE 29) is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>17th</u> day of June, 2025.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE